IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:12-CV-781-FL

| | |
|---|---|
| COURTNAY T. BRISSETT and LADWIN BRISSETT, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>SHOAF LAW FIRM, P.A. and RYAN D. SHOAF, )<br>)<br>Defendants. ) | **ORDER** |

Upon Motion by the Defendants, Shoaf Law Firm, P.A. and Ryan D. Shoaf, by and through counsel, to stay all deadlines in this matter and for good cause shown, it is hereby ORDERED that:

__X__ Defendants' motion is GRANTED and all deadlines are hereby stayed pending the Court's ruling on Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

_____ Defendants' motion is DENIED.

IT IS SO ORDERED.

This the 16TH day of AUGUST, 2013.

LOUISE W. FLANAGAN
United States District Judge