UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| COURTNAY T. BRISSETT and LADWIN BRISSETT, <br><br> Plaintiff, <br><br> v. <br><br> SHOAF LAW FIRM, P.A., and RYAN D. SHOAF, <br><br> Defendants. | **JUDGMENT** <br><br> No. 5:12-CV-781-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 19, 2013, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. The plaintiffs shall have and recover nothing from this action.

**This Judgment Filed and Entered on December 19, 2013, and Copies To:**

E.C. Thompson, III (via CM/ECF Notice of Electronic Filing)
Kennedy Lee Thompson (via CM.ECF Notice of Electronic Filing)
Courtnay T. Brissett and Ladwin Brissett (via U.S. Mail)
      727 Utica Avenue P.M.B. 164, Brooklyn, NY 11203


December 19, 2013             JULIE A. RICHARDS, CLERK
                                                    /s/ Christa N. Baker
                                                    (By) Christa N. Baker, Deputy Clerk